IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-MJ-407-CDL |
| **VICTORIA LEANNE WILLIAMS,** | |
| Defendant. | |

**Motion for Revocation of Release**

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3148.

1. **Eligibility of Case.** This case is eligible for a detention order because there is clear and convincing evidence to believe that the Defendant has violated conditions of her release as set forth in the Petition for Warrant on Pretrial Release.

2. **Reason for Detention.** The Court should detain Defendant because (check all that apply):

   ☒ There are no conditions of release which will reasonably assure Defendant's appearance as required.

   ☐ There are no conditions of release which will reasonably assure the safety of any other person and the community.

   ☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Dated this 10th day of June, 2024.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Kate Stidham Brandon*
Kate Stidham Brandon, OBA No. 33125
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700