UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Victoria Leanne Williams,<br>　　　　　　　　　　　Defendant(s). | Case No.: 24-mj-407-CDL<br><br>Charging District's<br>Case No.: CR-23-441-2<br><br>**COMMITMENT TO ANOTHER DISTRICT** |

　　　　The defendant has been ordered to appear in the　USDC WD/OK_____.
The defendant may need an interpreter for this language: _____.

The defendant:　☐　will retain an attorney.

　　　　　　　　☒　is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 6/10/2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge's signature

　　　　　　　　　　　　　　　　　　　Christine D. Little, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　Printed name and title

Rule 32 Violation Prob/SR Detention　　　　　　　　　　　　　　　　　　　　(AO-094 Modified 1/2022)