# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CRIMINAL DOCKET FOR CASE #: <u>4:24−mj−00407−CDL</u>−1

| | |
|---|---|
| Case title: USA v. Williams | Date Filed: 06/10/2024 |
| Other court case number: CR−23−441−2 USDC WD/OK | |

Assigned to: Magistrate Judge Christine D Little

**Defendant (1)**

| | | |
|---|---|---|
| **Victoria Leanne Williams** | represented by | **Katherine Ann Greubel**<br>Federal Public Defender<br>Northern District of Oklahoma<br>1 W. 3rd Street<br>Tulsa, OK 74103<br>918−581−7656<br>Email: katherine_greubel@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3606.F | |

**Plaintiff**

**USA**                                     represented by **Kate Brandon**
DOJ–USAO
110 W 7th St
Tulsa, OK 74119
918–382–2706
Email: kate.brandon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/07/2024 | | | ARREST on Charges Pending in Another District(Rule 5) as to Victoria Leanne Williams (tjc, Dpty Clk) (Entered: 06/10/2024) |
| 06/10/2024 | 1 | | MOTION for Detention by USA as to Victoria Leanne Williams [Note: Attorney Kate Brandon added to party USA(pty:pla).] (Brandon, Kate) (Entered: 06/10/2024) |
| 06/10/2024 | 2 | | MOTION for Hearing (Re: 1 MOTION for Detention ) by USA as to Victoria Leanne Williams (Brandon, Kate) (Entered: 06/10/2024) |
| 06/10/2024 | 3 | | MINUTES of Proceedings – held before Magistrate Judge Christine D Little: Initial Appearance in Rule 5 Proceedings held on 6/10/2024 , appointing FPD attorney Katherine Ann Greubel for Victoria Leanne Williams, ruling on motion(s)/document(s): #1 & #2 moot, ordering defendant be detained as to Victoria Leanne Williams (Re: 2 MOTION for Hearing , 1 MOTION for Detention ) (Court Reporter: C1) (ll, Dpty Clk) (Entered: 06/10/2024) |
| 06/10/2024 | 4 | | ORDER by Magistrate Judge Christine D Little , appointing FPD attorney as to Victoria Leanne Williams (ll, Dpty Clk) (Entered: 06/10/2024) |
| 06/10/2024 | 5 | | WAIVER of Rule 5 Hearing by Victoria Leanne Williams (ll, Dpty Clk) (Entered: 06/10/2024) |
| 06/10/2024 | 6 | | COMMITMENT to Another District (Rule5) by Magistrate Judge Christine D Little as to Victoria Leanne Williams (ll, Dpty Clk) (Entered: 06/10/2024) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-MJ-407-CDL |
| **VICTORIA LEANNE WILLIAMS,** | |
| Defendant. | |

## Motion for Revocation of Release

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3148.

1. **Eligibility of Case.** This case is eligible for a detention order because there is clear and convincing evidence to believe that the Defendant has violated conditions of her release as set forth in the Petition for Warrant on Pretrial Release.

2. **Reason for Detention.** The Court should detain Defendant because (check all that apply):

   ☒ There are no conditions of release which will reasonably assure Defendant's appearance as required.

   ☐ There are no conditions of release which will reasonably assure the safety of any other person and the community.

   ☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Dated this 10th day of June, 2024.

          Respectfully submitted,

          CLINTON J. JOHNSON
          UNITED STATES ATTORNEY

          */s/ Kate Stidham Brandon*
          Kate Stidham Brandon, OBA No. 33125
          Assistant United States Attorney
          110 West Seventh Street, Suite 300
          Tulsa, Oklahoma 74119
          (918) 382-2700

```
MIME-Version:1.0
From:CM-ECFMail_OKND@oknd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Kate Brandon (caseview.ecf@usdoj.gov, hunter.marone@usdoj.gov,
kate.brandon@usdoj.gov), Magistrate Judge Christine D Little
(cdlintake_oknd@oknd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:3090151@oknd.uscourts.gov
Subject:Activity in OKND case 4:24-mj-00407-CDL USA v. Williams - Arrest (Rule 5)
Content-Type: text/html
```

# U.S. District Court

## U.S. District Court for the Northern District of Oklahoma

### Notice of Electronic Filing

The following transaction was entered on 6/10/2024 at 11:14 AM CDT and filed on 6/7/2024

| | |
|---|---|
| **Case Name:** | USA v. Williams |
| **Case Number:** | [4:24-mj-00407-CDL](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ARREST on Charges Pending in Another District(Rule 5) as to Victoria Leanne Williams (tjc, Dpty Clk)**

**4:24-mj-00407-CDL-1 Notice has been electronically mailed to:**

Kate Brandon &nbsp &nbsp kate.brandon@usdoj.gov, caseview.ecf@usdoj.gov, hunter.marone@usdoj.gov

**4:24-mj-00407-CDL-1 Notice has not been electronically mailed to:**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-MJ-407-CDL |
| **VICTORIA LEANNE WILLIAMS,** | |
| Defendant. | |

**Motion for Detention Hearing**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3148, and hereby requests that the Court hold a hearing pending revocation or modification of pretrial release to determine:

(1) whether there is --

    (A) probable cause to believe that the person has committed a Federal, State or local crime while on release, or

    (B) clear and convincing evidence that the person has violated any other condition of release, and

(2) whether--

    (A) based on the factors set forth in § 3142(g), any condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community, or

    (B) whether the Defendant is unlikely to abide by any condition or combination of conditions.

Dated this 10th day of June, 2024.

                               Respectfully submitted,

                               CLINTON J. JOHNSON
                               UNITED STATES ATTORNEY

                               */s/ Kate Stidham Brandon*
                               Kate Stidham Brandon, Bar No. 33125
                               Assistant United States Attorney
                               110 West Seventh Street, Suite 300
                               Tulsa, Oklahoma 74119
                               (918) 382-2700

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s),

vs.

Victoria Leanne Williams

Defendant(s).

Case No.: 24-MJ-407-CDL

**Criminal Information Sheet**

Interpreter: Yes ☐ No ☒

Date: _____6/10/2024_____

Magistrate Judge Little    Deputy Tami Calico    USPO C. Brown

Date of Arrest: __6/7/2024__   Arrested By: __USMS__   ☒ Detention Requested by AUSA

Bail Recommendation:   ☐ Unsecured

**Additional Conditions of Release:**

- ☐ a. ☐ b. _____
- ☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h.
- ☐ i. ☐ j. ☐ k. ☐ l.
- ☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
- ☐ n. _____
- ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
- ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w. (☐ 1, ☐ 2)
- ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☐ Yes   ☐ No

Defendant's Attorney: _Katherine Greubel_   ☒ FPD;   ☐ Ct. Appt;   ☐ Ret Counsel

AUSA:   Kate Brandon

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on:   ☐ Indictment;   ☐ Information;   ☐ Complaint;   ☐ Petition;   ☒ Rule 5 on ReU(PT)

with:   ☐ Ret Counsel;   ☒ FPD;   ☐ Ct. Appt;   ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed;   ☒ Present   ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

  ☐ Verified in open court

  ☐ Corrected by interlineation to _____
  to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

  ☐ Unable to verify in open court:   ☐ U.S. Atty. to verify & advise court;   ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment;   ☐ of Preliminary Exam;   ☐ of Detention Hearing; ☒ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea;   ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal:   ☒ Pending further proceeding;   ☐ Pending release on bond for treatment

Mot. for Detention # _1_ :   ☐ Granted;   ☐ Denied;   ☒ Moot   Mot. for Hearing # _2_ :   ☐ Granted;   ☐ Denied; ☒ Moot

**Additional Minutes:** _____

Criminal Information Sheet CR-24 (11/2020)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                     Plaintiff,

vs.                                         Case No.: 24-mj-407-CDL

**ORDER APPOINTING COUNSEL**

Victoria Leanne Williams,

                     Defendant(s).

      Defendant has completed an affidavit as to his/her financial ability to employ counsel. Upon review, the Court finds that Defendant is financially unable to obtain counsel. In accordance with the Northern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984, the Court finds and orders as follows:

☒     _Katherine Greubel_____, the Federal Public Defender is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐     _____, an attorney from the Court's panel of private attorneys, established pursuant to the Criminal Justice Act for the Northern District of Oklahoma, is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐     Defendant will reimburse the government for the reasonable cost of providing representation in accordance with his/her ability to pay as determined by further order of the court.
      $_____

Date: 6/10/2024

                                                          Christine D. Little, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br>vs.<br><br>Victoria Leanne Williams,<br><br>         Defendant(s). | Case No.: 24-mj-407-CDL<br><br>Charging District's<br>Case No.: CR-23-441-2<br><br>**WAIVER OF RULE 32.1 HEARING (VIOLATION OF PROBATION OR SUPERVISED RELEASE)** |

  I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*  USDC WD/OK .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☑ an identity hearing and production of the judgment, ~~warrant,~~ and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

  I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/10/2024

                 /s/ Victoria Williams
                 Defendant's signature

                 /s/
                 Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                              Plaintiff,

vs.

                            Case No.: 24-mj-407-CDL

Victoria Leanne Williams,

                            Charging District's
                            Case No.: CR-23-441-2

                 Defendant(s).     **COMMITMENT TO ANOTHER DISTRICT**

        The defendant has been ordered to appear in the   USDC WD/OK   .

The defendant may need an interpreter for this language: _____.

        The defendant:    ☐  will retain an attorney.

                                ☒  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 6/10/2024                                                      _/s/_____
                                                                      Judge's signature

                                              Christine D. Little, U.S. Magistrate Judge
                                                           Printed name and title